Submitted on record and briefs July 7, reversed and remanded September 6, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## FRANK ALVIN RENFRO III,
*Appellant.*

CR030945; A126425

142 P3d 122

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Ernest G. Lannet, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Seann C. Colgan, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for possession of a Schedule II controlled substance, *former* ORS 475.992 (2003), *renumbered as* ORS 475.840 (2005), and assigns error to the trial court's denial of his motion to suppress evidence of possession of methamphetamine. Defendant argues that the evidence was obtained through exploitation of an unlawful stop in violation of Article I, section 9, of the Oregon Constitution. The state concedes that, under *State v. Hall*, 339 Or 7, 115 P3d 908 (2005), the trial court erred in denying the motion to suppress. We agree and accept the state's concession.

Reversed and remanded.